1038

[No. 42621-4-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DUANE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-07186-1, Richard M. Ishikawa, J., entered April 7, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42825-0-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. D.G., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-8-07530-2, John M. Darrah, J., entered May 12, 1998. *Dismissed* by unpublished per curiam opinion.

[Nos. 42831-4-I; 43580-9-I.    Division One.    May 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. KRAHNER, *Appellant.*

*In the Matter of the Personal Restraint of* MICHAEL KRAHNER, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 97-8-06986-8, Patricia Clark and Laura Inveen, JJ., entered May 29, 1998, together with a petition for relief from personal restraint. *Affirmed* by unpublished per curiam opinion.

[Nos. 42950-7-I; 43790-9-I.    Division One.    May 10, 1999.]

*In the Matter of the Personal Restraint of* PAUL M. GOYETTE, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *dismissed in part* by unpublished per curiam opinion.